| | |
|---|---|
| JERRY KRAUS, | |
| Plaintiff, | No. 2:18-cv-00627 MCE DB |
| v. | |
| SURJEET S. RATTU; KULDIP S. RATTU, | ORDER |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On February 3, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 3, 2020 (ECF No. 14) are ADOPTED in full;

2. Plaintiff's June 21, 2019 motion for default judgment (ECF No. 11) is GRANTED;

3. Judgment is entered against defendants Surjeet S. Rattu and Kuldip S. Rattu;

4. Defendants are ordered to pay $4,000 in statutory damages;

5. Defendants are ordered to correct the violation at the property identified in plaintiff's complaint, to the extent that defendants have the legal right to do so, so that the facility is readily accessible to and usable by individuals with disabilities;

6. Defendants are ordered to pay plaintiff $4,255 in attorneys' fees and costs; and

7. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE